# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan Esq.
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (844) 636-1021/Fax

dan@stewartkarlin.com

| | |
|---|---|
| MEMBER OF THE BAR | Concentrating in Employment, Education, |
| NEW YORK & NEW JERSEY | Insurance and Commercial Law |

April 8, 2025

**Via ECF**
Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: **Olaechea v. Brentwood Union Free School District**
       **Civ Action No.: 24-cv-05936(JMA)(ST)**

Dear Judge Tiscione:

I represent the Plaintiff Desiree Olaechea in the above-referenced matter. The parties have conferred and write pursuant to Your Honor's April 1, 2025 Order. Following further discussion, the parties request that the matter be stayed pending the outcome of the Education Law 3020-a hearing.

A pre-hearing conference was held with the arbitrator on April 2, 2025, and the following hearing dates were set: June 12, 18, 23, 24 and 30. Plaintiff intended to amended the complaint in this action to include the filing of the Education Law 3020-a charges, however, as discussed at the April 1st conference with You Honor, the complaint will also need to be amended after the hearing decision is issued. As such, it is requested that this matter be stayed pending the issuance of the 3020-a hearing decision , in order for the complaint to be amended just one time. The outcome of the 3020-a hearing will likely impact the scope of this litigation.

Thank you for your attention to this matter.

                  Sincerely,

                  Daniel E. Dugan, Esq.

cc: Defendant's counsel (via ECF)