**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

July 29, 2025

**VIA ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *Olaechea v. Brentwood Union Free School District*
      Docket No.: 24-cv-05936 (JMA)(ST)

Dear Judge Tiscione:

  We represent the Defendant, Brentwood Union Free School District ("the District"), in the above-referenced matter. We are writing regarding plaintiff's apparent termination of her attorneys.

  As the Court is aware, this matter has been stayed pending resolution of the New York Education Law 3020-a hearing. The same attorneys have been representing the plaintiff in that hearing. We have been advised that the plaintiff has now terminated attorneys Stewart Karlin and Daniel Dugan of the Stewart Lee Karlin Law Group and that plaintiff desires to proceed *pro se*. The plaintiff, through an advocate, has forwarded us the attached letter confirming her termination of her attorneys and she has requested that we assist in filing the same with the Court since she does not have electronic filing privileges.

  In light of the foregoing, we respectfully request that the Court schedule a telephone conference with all interested parties to discuss further action and bring this issue to resolution.

  We greatly appreciate the Court's time and attention to this matter.

        Respectfully submitted,

        SILVERMAN & ASSOCIATES

      By: *Caroline B. Lineen*
       Caroline B. Lineen
       Attorneys for Defendant
       445 Hamilton Avenue, Suite 1102
       White Plains, N.Y. 10601

TO: Stewart Lee Karlin Law Group (Via ECF)
   Desiree Olaechea (Via Email)
   Betsy Combier (Via Email)