# STEWART LEE KARLIN LAW GROUP, P.C.
# Daniel E. Dugan, Esq.
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**

Dan@stewartkarlin.com

| | |
|---|---|
| **MEMBER OF THE BAR** | **Concentrating in Employment, Education and** |
| **NEW YORK & NEW JERSEY** | **Insurance Law** |
| | **Website:** www.stewartkarlin.com |

August 4, 2025

<u>**Via ECF**</u>
Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re:** **Olaechea v. Brentwood Union Free School District**
       **Civ. Action No.: 24-cv-05936(JMA)(ST)**

Dear Judge Tiscione:

This firm is the counsel of record for Plaintiff Desiree Olaechea in the above-captioned action. I write in advance of the conference scheduled for August 5, 2025 and in response to Ms. Olaechea's letter filed today.

Our firm represented Ms. Olaechea in this action and a related NY Education Law Sec. 3020-a teacher termination hearing, both against her employer Brentwood Union Free School District. Ms. Olaechea terminated our firm's services in both actions on July 28, 2025. The undersigned appeared at a scheduled hearing date on July 29, 2025, to withdraw as counsel. I informed the parties at that time our firm would be moving this Court for both a charging and retain lien. Ms. Olaechea's letter to the Court today indicates that she wishes to withdraw this federal action as a result of a settlement. I write to inform the Court that our firm does not oppose the withdrawal of the action but we do intend to move to assert both a charging and retaining lien as we informed Ms. Olaechea previously.

Hon. Steven L. Tiscione
August 4, 2025
Page 2

Thank you for your attention to this matter.

                                        Sincerely,

                                        Daniel E. Dugan, Esq.

To:    Plaintiff Desiree Olaechea (*via email*)
         Counsel for Defendants (*via ECF*)